433 A.2d 104

Commonwealth v. Williams, Appellant.

Submitted September 11, 1980. William F. Ochs, Jr., Public Defender, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

The judgment of sentence of the lower Court is hereby affirmed.

433 A.2d 104

Commonwealth v. Yingling, Appellant.

Submitted March 6, 1980. Kenneth L. Rotz, Assistant Public Defender, for appellant; Gary E. Hartman, District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.